FILED
May 12, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002626416

FRIEND & WALTON
A PROFESSIONAL LAW CORPORATION
RANDALL K. WALTON, ESQ. (SBN: 155175)
ANN MARIE FRIEND, ESQ. (SBN: 173473)
P.O. Box 830
Modesto, California 95353-0830
Telephone: (209) 238-0946
Facsimile: (209) 238-0953

Attorneys for Debtors,
LUIS ENRIQUE CARBAJAL HERNANDEZ

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IN RE:<br><br>LUIS ENRIQUE CARBAJAL HERNANDEZ<br><br>Debtor. | Case No.: **10-31345**<br>Chapter **7**<br><br>**DC NO: FW-01**<br><br>Date: **June 21st, 2010**<br>Time: **09:00 a.m.**<br>Place: **501 I Street**<br>**7th Floor**<br>**Courtroom 28**<br>**Sacramento, CA** |

**MOTION TO ABANDON PERSONAL PROPERTY – DEBTOR'S BUSIENSS**

      Debtor. LUIS ENRIQUE CARBAJAL HERNANDEZ, hereby requests, pursuant to Federal Rules of Bankruptcy Procedure, Rule 6007(b), an order abandoning the debtor's business, a sole proprietorship known as "Picasso Cleaning Service," for the reasons set forth in the declaration of Debtor, filed concurrently herewith.

Dated: May 11, 2010

                      **FRIEND & WALTON**
                      **A PROFESSIONAL LAW CORPORATION**

                      /s/ Randy K. Walton Esq
                      **RANDALL K. WALTON, ESQ., Attorney for**
                      **debtor LUIS ENRIQUE CARBAJAL HERNANDEZ**